901 A.2d 981

**John K. FRANK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 19, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the Order of the Commonwealth Court is affirmed.